**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 24-6119**

_____

DAWUD SPELLER,

Plaintiff - Appellant,

v.

CODY AUGST,

Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Richard E. Myers, II, Chief District Judge.  (5:22-ct-03355-M-RJ)

_____

Submitted:  October 22, 2024                    Decided:  October 25, 2024

_____

Before KING and WYNN, Circuit Judges, and TRAXLER, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Dawud Speller, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dawud Speller, a state prisoner, appeals the district court's order dismissing without prejudice his 42 U.S.C. § 1983 complaint for failure to exhaust administrative remedies. Confining our review to the issues raised in the informal brief, *see* 4th Cir. R. 34(b); *Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."), we discern no reversible error.  Accordingly, we affirm the district court's judgment.  We also deny Speller's motion to appoint counsel.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*